UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
MICHAEL E MICHALEK

CASE NO. 04 B 18391

CHAPTER 13

JUDGE: BRUCE W BLACK

Debtor  
SSN XXX-XX-0972

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 05/10/04 and confirmed on 07/19/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 38232.10 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MAZDA AMERICAN CREDIT | SECURED | 14300.00 | 1391.28 | 14300.00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 10868.58 | .00 | 10868.58 |
| AMERICASH LOANS | UNSECURED | 1065.38 | .00 | 301.54 |
| ASPIRE VISA | UNSECURED | 307.45 | .00 | 87.02 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 883.24 | .00 | 249.99 |
| CAPITAL ONE FINANCIAL | FILED LATE | .00 | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | 601.17 | .00 | 170.15 |
| CAPITAL ONE FINANCIAL | UNSECURED | 808.71 | .00 | 228.90 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NATIONAL CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 401.81 | .00 | 113.73 |
| MERRICK BANK | UNSECURED | 787.55 | .00 | 222.91 |
| NATIONWIDE ACCEPTANCE | UNSECURED | 909.77 | .00 | 257.50 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 844.37 | .00 | 238.99 |
| PERSONAL FINANCE | UNSECURED | 4508.18 | .00 | 1275.99 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 794.47 | .00 | 224.87 |
| MAZDA AMERICAN CREDIT | UNSECURED | 6344.08 | .00 | 1795.62 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 333.74 | .00 | 94.46 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| INTERNAL REVENUE SERVICE | UNSECURED | 2071.00 | .00 | 586.17 |
| B LINE LLC | UNSECURED | 4621.61 | .00 | 1308.09 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 14300.00 | 10868.58 | 25282.53 | .00 | 50451.11 |

```
PRINCIPAL PAID           14300.00       10868.58       7155.93            .00      32324.51
INTEREST PAID             1391.28            .00            .00            .00       1391.28
TOTAL PAID               15691.28       10868.58       7155.93            .00      33715.79
```

The Debtor's attorney, SCHOTTLER & ZUKOSKY          , was allowed $   2200.00
and was paid $    200.00  direct and $   2000.00  through the plan.

The Trustee received $   1538.21 .

Refunds to the Debtor totaled $    978.10 .

　　Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/07/08                          /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE